**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01641-CMA-STV

DOUG BARRY,
MICHAEL KIERNAN,
PAUL MOLER,
NICHOLAS SOOTER,
LINDA SPUEHLER, and
DENNIS MAUSER,

    Plaintiffs,

v.

WEYERHAEUSER COMPANY,

    Defendant.

---

**DECLARATION OF CHRIS SUTTON IN SUPPORT OF DEFENDANT WEYERHAEUSER COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO HOLD WEYERHAEUSER IN CONTEMPT FOR FAILURE TO COMPLY WITH ORDER OF JUNE 17, 2019 (DOC. 78) AND MOTION FOR SANCTIONS**

---

1. My name is Chris Sutton. I am an attorney representing Weyerhaeuser Company in the above-captioned matter. I submit this declaration in support of Defendant Weyerhaeuser Company's Opposition to Plaintiffs' Motion to Hold Weyerhaeuser In Contempt for Failure to Comply with Order of June 17, 2019 (Doc. 78) and Motion for Sanctions.

2. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the hearing conducted before Judge Varholak on June 17, 2019.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Stipulated Protective Order entered into in *Dream Finders Homes LLC v. Weyerhaeuser NR Co.*, 2017-CV-34801, on October 30, 2018.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Stipulated Protective Order entered into in *Chi, et al. v. Weyerhaeuser NR Co.* on March 14, 2018.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Stipulated Protective Order entered into in *Gilchrist, et al. v. Weyerhaeuser NR Co.* on January 22, 2018.

6. Attached hereto as **Exhibit E** is a true and correct copy of the July 8, 2019 email from me to Plaintiffs' counsel requesting that he sign the *Gilchrist*, *Chi*, and *Dream Finders* Stipulated Protective Orders and notifying him that those agreements were binding.

7. Attached hereto as **Exhibit F** is a true and correct copy of the *Gilchrist*, *Chi*, and *Dream Finders* Stipulated Protective Orders that were signed by Plaintiffs' counsel on July 8, 2019.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of July, 2019

Respectfully submitted,

**PERKINS COIE LLP**

By: s/ *Christopher J. Sutton*
    Christopher J. Sutton
    CSutton@perkinscoie.com
    1900 Sixteenth Street, Suite 1400
    Denver, CO 80202-5255
    Telephone: 303.291.2300
    Facsimile: 303.291.2400

ATTORNEY FOR DEFENDANT
WEYERHAEUSER COMPANY