# Exhibit F

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO<br>1437 Bannock Street, Rm. 256<br>Denver, CO 80202<br>720-865-8301 | |
| | ▲ COURT USE ONLY ▲ |
| Plaintiff:<br><br>DREAM FINDERS HOMES, LLC, a Florida limited liability company,<br><br>v.<br><br>Defendant:<br><br>WEYERHAEUSER NR COMPANY, a Washington corporation. | Case No. 2017cv34801<br><br>Division: 24<br><br>Courtroom: 424 |
| **EXHIBIT A: CONFIDENTIALITY AGREEMENT** | |

I hereby affirm that:

1. Information, including documents and things, designated as "Confidential Information," or "Confidential Attorney Eyes Only Information," as defined in the Stipulated Protective Order, is being provided to me pursuant to the terms and restrictions of the Stipulated Protective Order.

2. I have been given a copy of and have read the Stipulated Protective Order.

3. I am familiar with the terms of the Stipulated Protective Order, and I agree to comply with and to be bound by its terms.

4. I agree to submit to the jurisdiction of this Court for purposes of enforcement of the Stipulated Protective Order only and for no other purpose.

5. I agree not to use any Confidential Information or Confidential Attorney Eyes Only Information disclosed to me pursuant to the Stipulated Protective Order except for purposes of the above-captioned litigation and not to disclose any of this information to persons other than those specifically authorized by the Stipulated Protective Order, without the express written consent of the party who designated the information as confidential or by order of the Court.

6. I also agree to notify any stenographic, clerical or technical personnel who are required to assist me of the terms of this Stipulated Protective Order and of its binding effect on them and me.

7. I understand that I am to retain all documents or materials designated as or containing Confidential Information or Confidential Attorney Eyes Only Information in a secure manner, and that all such documents and materials are to remain in my personal custody until the completion of my assigned duties in the above-captioned litigation, whereupon all such documents and materials, including all copies thereof, and any writings prepared by me containing any Confidential Information or Confidential Attorney Eyes Only Information are to be returned to counsel who provided me with such documents and materials.

_____
Signed

Ryan Hicks
_____
Printed Name

7/8/19
_____
Date

**DECLARATION OF** _Ryan Hicks_ **REGARDING STIPULATED PROTECTIVE ORDER**

The below signed individual hereby declares that:

1. I have received a copy of the Stipulated Protective Order ("Order") executed by Weyerhaeuser and Plaintiffs in connection with *Chi et al. v. Weyerhaeuser Company*, No. 17-cv-02230-PAB-MEH, pending in the United States District Court for the District of Colorado.

2. I have read, understand and agree to comply with the provisions of the Order, and will not reveal or otherwise communicate to anyone any of the documents, materials or information that is designated "Confidential Information" or "Highly Confidential - Attorney Eyes Only Information" and that is disclosed to me, except in accordance with the terms of the Order. I further agree not to make use of any documents, information or materials designated as Confidential Information or Highly Confidential - Attorney Eyes Only Information pursuant to the Order other than for the purpose of the Litigation or negotiations related to the Litigation or Remediation.

3. I will hold in confidence and not disclose to anyone, other than the persons entitled to receive such information under VI.A of the Order, all documents, information and other materials designated as Confidential Information or Highly Confidential - Attorney Eyes Only Information (including summaries, notes, abstracts, indices or copies of such Confidential Information or Highly Confidential - Attorney Eyes Only Information) that is disclosed to me.

4. I agree to destroy or return to counsel of record not later than ninety (90) days after the termination of the Litigation all Confidential Information or Highly Confidential - Attorney Eyes Only Information and summaries, notes, abstracts, indices or copies of such Confidential Information or Highly Confidential - Attorney Eyes Only Information, which come

into my possession, and documents or things which I have prepared that incorporate the Confidential Information or Highly Confidential - Attorneys Eyes Only Information.

I declare under penalty of perjury that the foregoing is true and correct.

Dated _7/8_, ~~2018~~ 2019.

_____
(Signature)

_Ryan Hicks_
Printed Name

_3700 Buffalo Sidwy, Ste. 1100_
Address Line 1

_Houston, TX 77098_
Address Line 2

**DECLARATION OF** _Ryan Hicks_ **REGARDING STIPULATED PROTECTIVE ORDER**

The below signed individual hereby declares that:

1. I have received a copy of the Stipulated Protective Order ("Order") executed by Weyerhaeuser and Plaintiffs in connection with *Gilchrist v. Weyerhaeuser Company*, No. 17-cv-02227-PAB-STV pending in the United States District Court for the District of Colorado.

2. I have read, understand and agree to comply with the provisions of the Order, and will not reveal or otherwise communicate to anyone any of the documents, materials or information that is designated "Confidential Information" or "Highly Confidential - Attorney Eyes Only Information" and that is disclosed to me, except in accordance with the terms of the Order. I further agree not to make use of any documents, information or materials designated as Confidential Information or Highly Confidential - Attorney Eyes Only Information pursuant to the Order other than for the purpose of the Litigation or negotiations related to the Litigation or Remediation.

3. I will hold in confidence and not disclose to anyone, other than the persons entitled to receive such information under VI.A of the Order, all documents, information and other materials designated as Confidential Information or Highly Confidential - Attorney Eyes Only Information (including summaries, notes, abstracts, indices or copies of such Confidential Information or Highly Confidential - Attorney Eyes Only Information) that is disclosed to me.

4. I agree to destroy or return to counsel of record not later than ninety (90) days after the termination of the Litigation all Confidential Information or Highly Confidential - Attorney Eyes Only Information and summaries, notes, abstracts, indices or copies of such Confidential Information or Highly Confidential - Attorney Eyes Only Information, which come

into my possession, and documents or things which I have prepared that incorporate the Confidential Information or Highly Confidential - Attorneys Eyes Only Information.

I declare under penalty of perjury that the foregoing is true and correct.

Dated __7/8__, ~~2018~~ 2019.

_____
(Signature)

__Ryan Hicks__
Printed Name

__3700 Buffalo Spdwy, Ste 300__
Address Line 1

__Houston, TX 77098__
Address Line 2