**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01641-CMA-STV

DOUG BARRY,
MICHAEL KIERNAN,
PAUL MOLER,
NICHOLAS SOOTER,
LINDA SPUEHLER, and
DENNIS MAUSER,

    Plaintiffs,

v.

WEYERHAEUSER COMPANY,

    Defendant.

---

**DEFENDANT WEYERHAEUSER COMPANY'S MOTION TO FILE AMENDED OPPOSITION BRIEF TO PLAINTIFFS' MOTION FOR CONTEMPT AND MOTION FOR SANCTIONS**

---

Defendant Weyerhaeuser Company ("Weyerhaeuser") filed its Opposition to Plaintiffs' Motion for Contempt and Motion for Sanctions on July 17, 2019, as the Court had previously ordered. That filing contained an error, inadvertently misstating the number of depositions taken in this case. Weyerhaeuser therefore moves to file a corrected brief, attached hereto as Exhibit A.

**CONFERRAL CERTIFICATION**

Pursuant to Local Rule 7.1(a), undersigned counsel certifies that counsel for Defendant attempted to confer with counsel for Plaintiffs in good faith but was unable to reach him.

DATED this 18th day of July, 2019     Respectfully submitted,

**PERKINS COIE LLP**

By: s/ *Christopher J. Sutton*
    Christopher J. Sutton
    CSutton@perkinscoie.com
    Craig M. J. Allely
    CAllely@perkinscoie.com
    Marcus Haggard
    MHaggard@perkinscoie.com
    1900 Sixteenth Street, Suite 1400
    Denver, CO 80202-5255
    Telephone: 303.291.2300
    Facsimile: 303.291.2400

ATTORNEYS FOR DEFENDANT
WEYERHAEUSER COMPANY

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following:

- **Craig M.J. Allely**
  callely@perkinscoie.com,callely-efile@perkinscoie.com

- **Kyle Geoffrey Bates**
  kbates@schneiderwallace.com,3005202420@filings.docketbird.com

- 
- **Marcus Aaron Haggard**
  MHaggard@perkinscoie.com,MHaggard-efile@perkinscoie.com

- **Ryan Hicks**
  rhicks@schneiderwallace.com,eharris@schneiderwallace.com

- **Abigail Michelle Laudick**
  alaudick@schneiderwallace.com,amlaudick@gmail.com

*s/ Christopher J. Sutton*
Christopher J. Sutton
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  (303) 291-2300
Facsimile:  (303) 291-2400
Email:  CSutton@perkinscoie.com

ATTORNEYS FOR DEFENDANT
WEYERHAEUSER COMPANY

- 3 -

145038984.1