**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01641-CMA-STV

DOUG BARRY,
MICHAEL KIERNAN,
PAUL MOLER,
NICHOLAS SOOTER,
LINDA SPUEHLER, and
DENNIS MAUSER,

    Plaintiffs,

v.

WEYERHAEUSER COMPANY,

    Defendant.

---

**[PROPOSED] ORDER GRANTING DEFENDANT WEYERHAEUSER COMPANY'S MOTION TO FILE AMENDED OPPOSITION BRIEF TO PLAINTIFFS' MOTION FOR CONTEMPT AND MOTION FOR SANCTIONS**

---

Having reviewed Weyerhaeuser Company's Motion to File Amended Opposition Brief to Plaintiffs' Motion for Contempt and Motion for Sanctions, and finding that good cause exists, the Court GRANTS the motion.

SO ORDERED this ____ day of _____, 2019.

                                      BY THE COURT:

                                      _____

                                      SCOTT T. VARHOLAK
                                      United States District Court Magistrate

145038978.1