IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:18-cv-01641 –CMA-DDD

DOUG BARRY,
MICHAEL KIERNAN,
PAUL MOLER,
NICHOLAS SOOTER,
LINDA SPUEHLER, and
DENNIS MAUSER

    Plaintiffs,
v.

WEYERHAEUSER COMPANY,
a Washington Corporation

    Defendant.

## DECLARATION OF RYAN R. C. HICKS

I, Ryan Hicks, declare that the following is true and correct:

1.     I am an attorney at Schneider, Wallace, Cottrell, Konecky, Wotkyns and am one of the counsel of record representing Plaintiffs in the above-captioned action.

2.     I have personal knowledge of the facts described in this declaration. If called upon to do so, I could and would testify to the matters stated therein.

3.     I have been informed by counsel for plaintiffs in the *Dream Finders* case that the court in that case ordered Weyerhaeuser to produce depositions from other cases and that Weyerhaeuser did so by emailing pdf copies of depositions, and Weyerhaeuser did not request plaintiffs purchase certified copies from a court reporter.

4.     Attached hereto as Exhibit A is a true and correct copy of a July 8, 2019 email sent from Chris Sutton to Ryan Hicks transmitting protective orders and proposed stipulations. Also



PLAINTIFF'S EXHIBIT 1

included is an email transmitting signed stipulations to Mr. Sutton on July 8, 2019 and a July 9, 2019 email from Ryan Hicks to Chris Sutton requesting pdf copies of transcripts.

5.     Attached hereto as Exhibit B is a true and correct copy of a July 10, 2019 email from Chris Sutton to Ryan Hicks.

6.     Attached hereto as Exhibit C is a true and correct copy of an email from Chris Sutton to counsel for plaintiffs in the *Dream Finders* case on July 10, 2019 at 11:22 p.m. I have been informed by plaintiffs' counsel in *Dream Finders* that this email is the first time Mr. Sutton contacted counsel regarding consent to release depositions in this case.

7.     Attached hereto as Exhibit D is a true and correct copy of an email from Josh Roberts to Chris Sutton.

8.     Attached hereto as Exhibit E is a true and correct copy of the transcript of the Discovery Hearing on June 17, 2009, in Cause No. 18-cv-01641, *Barry et al. v. Weyerhaeuser*, in the United States District Court for the District of Colorado.

9.     Attached hereto as Exhibit F is a true and correct copy of a July 11, 2019 email from Chris Sutton to Kristen Weise identifying six depositions in the *Chi/Gilchrist* cases.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2019

_____
Ryan R. C. Hicks