| | |
|---|---|
| **From:** | Elizabeth A. Harris |
| **To:** | Sutton, Christopher (Perkins Coie); callely@perkinscoie.com |
| **Cc:** | Ryan R. Hicks |
| **Subject:** | RE: Protective Orders in Gilchrist, Chi, and Dream Finders Cases |
| **Date:** | Monday, July 08, 2019 3:19:57 PM |
| **Attachments:** | Signed Protective Orders in Gilchrist, Chi and Dream Finders Cases 190708.pdf |

Mr. Sutton,

Please see attached.

Thanks.



SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

**Elizabeth Harris**
3700 Buffalo Speedway, Suite 300
Houston, Texas 77098
Telephone:  (713) 338-2560
Toll Free:   (800) 689-0024
Facsimile:   (415) 421-7105
www.schneiderwallace.com

**From:** Sutton, Christopher (Perkins Coie) [mailto:CSutton@perkinscoie.com]
**Sent:** Monday, July 08, 2019 2:50 PM
**To:** Ryan R. Hicks <rhicks@schneiderwallace.com>
**Cc:** Allely, Craig M.J. (Perkins Coie) <CAllely@perkinscoie.com>
**Subject:** Protective Orders in Gilchrist, Chi, and Dream Finders Cases

Hi Ryan -

In preparation of our production of deposition transcripts that were taken in the above-referenced cases, attached are copies of the protective orders for each of those matters together with their respective confidentiality agreements (identified as "Exhibit A" of each Protective Order).

As you recall, at the hearing Judge Varholak acknowledged that he had no authority to require modification of the terms of the protective orders in the other cases and that Weyerhaeuser could not unilaterally violate the terms of the protective orders by releasing materials that are subject to them (e.g., the deposition transcripts).

Please arrange for execution and return of the each of attached Exhibit A agreements at your earliest convenience in order to facilitate our production of deposition transcripts from those matters.

Please call with any questions.

**Chris Sutton | Perkins Coie LLP**
D. +1.303.291.2312
M. +1.303.885.7234
E. CSutton@perkinscoie.com


EXHIBIT A

| | | |
|---|---|---|
| Toll Free: | (800) 689-0024 | **Sent:** Tuesday, July 09, 2019 3:43 PM |
| Facsimile: | (866) 505-8036 | **To:** Ryan R. Hicks |

<rhicks@schneiderwallace.com>; Elizabeth A. Harris <eharris@schneiderwallace.com>
**Cc:** Allely, Craig M.J. (Perkins Coie) <CAllely@perkinscoie.com>
**Subject:** RE: Protective Orders in Gilchrist, Chi, and Dream Finders Cases

Hi Ryan -

We spoke with the court reporters regarding your production requests for copies of Weyerhaeuser deposition transcripts in the above referenced matters. The firms advised us that to release the transcripts, they require both counsel in the respective matters to authorize release of the transcripts. Once they receive the written authorizations, they will provide pricing information for the deposition transcripts. We have provided such authorization and anticipate securing authorizations from opposing counsel in the referenced matters shortly. We do have the following quote for copies of the deposition transcripts listed below:

Jack Winterow - Date of deposition - 5/23/19 - 246 pages = $ 894.50;
Jeff Linville - - Date of deposition - 1/23/19 – 218 pages = $ 607.70;

plus $20 shipping cost for a total cost of **$1,522.20**

Per your reference below, please note that the transmittal of the condensed version of the deposition transcript of Frank Cereghini was done in that expedited manner due to the imminent timing of your deposition. Going forward, copies of the deposition transcripts will be provided through the court reporters with authorization from counsel in the respective matters to ensure compliance with the applicable protective orders and to ensure that you receive complete and accurate copies of the transcripts. I will get you a complete listing of the deposition transcripts available for production and the pricing of each shortly.

Please confirm your order of the Jack Winterow 5/23/19 transcript and the Jeff Linville 1/23/19 transcript for the costs referenced above at your earliest convenience. Once I hear back from you I will direct the court reporter to expedite its shipment of them to you.

Please call with any questions.

**Chris Sutton | Perkins Coie LLP**
D. +1.303.291.2312
M. +1.303.885.7234
E. CSutton@perkinscoie.com

**From:** Ryan R. Hicks <rhicks@schneiderwallace.com>
**Sent:** Tuesday, July 09, 2019 6:18 AM
**To:** Sutton, Christopher (DEN) <CSutton@perkinscoie.com>; Elizabeth A. Harris <eharris@schneiderwallace.com>; Allely, Craig M.J. (DEN) <CAllely@perkinscoie.com>
**Subject:** RE: Protective Orders in Gilchrist, Chi, and Dream Finders Cases

Hi Chris,

No need for certified copies from the court reporters, you can just send copies of what you have. Katie sent Frank Cereghini's deposition in condensed format a couple of weeks ago and if you can send transcripts in the same format that would be appreciated. If there are depositions that were taken but you do not have copies of the transcripts, please let me know. Also, please confirm that the Chi, Gilchrist and Dream Finder cases are the only Gen 4 cases in which current or former Weyerhaeuser employees have been deposed.