| | |
|---|---|
| **From:** | Sutton, Christopher (Perkins Coie) |
| **To:** | Ryan R. Hicks |
| **Cc:** | Allely, Craig M.J. (Perkins Coie); Abigail L. Avilucea; Elizabeth A. Harris |
| **Subject:** | RE: Deposition Transcripts |
| **Date:** | Wednesday, July 10, 2019 4:14:46 PM |

Hi Ryan -

Sorry I missed you.  I got caught up in several other matters today that were unanticipated.

With respect to our production of the depositions, we are working to secure written consent of opposing counsel in each of the referenced matters for release of the deposition transcripts to you.  In your review protective orders and execution of the Confidentiality Agreements, you probably noted that your firm is not one of the "listed parties or persons" that are authorized to receive confidential information consistent with the terms of the protective orders.  Thus, in accordance with the terms of each, we are required to obtain written consent of opposing counsel before we can release such information (including deposition transcripts) to persons or entities who are not identified in the protective orders as authorized to receive such information.

At this time, I do not anticipate any of the parties or their respective counsel will withhold their consent to our release of the transcripts to your firm.  As such I expect to obtain written consent to do so very soon.

I'll keep you apprised of my progress

**Chris Sutton | Perkins Coie LLP**
D. +1.303.291.2312
M. +1.303.885.7234
E. CSutton@perkinscoie.com

Dear Chris,

I just tried calling you and left a message.  Please let me know if you have time for a call this afternoon before close of business.

I trust Weyerhaeuser will provide complete and accurate copies of the transcripts in its possession, as it did with Mr. Cereghini's deposition.  We do not require copies from the court reporter.  If you believe the protective order requires disclosure only of certified copies of depositions ordered from the reporter, please direct me to that provision and I'll have a look. If Weyerhaeuser does not possess copies of responsive depositions that were taken, please let me know.

Thanks

Ryan



**SCHNEIDER  WALLACE**
**COTTRELL  KONECKY** LLP

**Ryan R. C. Hicks**
3700 Buffalo Speedway, Suite 300
Houston, Texas  77098
Telephone:       (713) 338-2562

**From:** Sutton, Christopher (Perkins Coie)
[mailto:CSutton@perkinscoie



EXHIBIT

B