From: Sutton, Christopher (DEN)
Sent: Wednesday, July 10, 2019 11:22 PM
To: 'Thomas.Leland@hklaw.com' <Thomas.Leland@hklaw.com>
Cc: 'Laura.Renstrom@hklaw.com' <Laura.Renstrom@hklaw.com>; 'Maxwell.Shaffer@hklaw.com' <Maxwell.Shaffer@hklaw.com>; 'Joshua.Roberts@hklaw.com' <Joshua.Roberts@hklaw.com>; Allely, Craig M.J. (DEN) <CAllely@perkinscoie.com>; Sink, Michael A. (DEN) <MSink@perkinscoie.com>
Subject: Request for Production of Deposition Transcripts in Dream Finders

Hello Mr. Leland:

On behalf of Weyerhaeuser NR Company (Weyerhaeuser), we are providing this email to obtain your written consent to the release of selected deposition transcripts identified below consistent with the protective order in the *Dream Finders* case to Ryan Hicks of Schneider Wallace Cottrell Konecky Wotkyns (the "Schneider firm"). A copy of the protective order in the *Dream Finders* case is attached for your reference.

Mr. Hicks is lead counsel in two unrelated cases – one brought in Colorado (*Doug Barry et al v. Weyerhaeuser*) and one brought in Washington state (*Dominic Tango et al v. Weyerhaeuser*). Mr. Hicks has served a Request for Production in those matters asking the respective courts to require the production of the depositions transcripts referenced below. The requested deposition transcripts are Confidential Information as that term is defined in the protective order. The Court in *Barry* has directed Weyerhaeuser to produce the deposition transcripts if it can be done consistent with the terms of the protective order entered in the *Dream Finders* case.

Mr. Hicks and the Schneider firm are not within the class of persons identified in the *Dream Finders* protective order at Paragraph 10 as "authorized" persons with whom Confidential Information can be disclosed. On behalf of himself and his firm, Mr. Hicks has reviewed the protective order and executed the stipulation/confidentiality agreement per the terms of the order. (see attached signed Confidentiality Agreement). Based on the Schneider firm's agreement to comply with the terms of the *Dream Finders* protective order, Weyerhaeuser requests your written consent to authorize the release of the deposition transcripts referenced below to the Schneider firm.

This email is also provided consistent with paragraph 18 of the *Dream Finders* protective order which allows you an opportunity to appear and be heard in the Colorado or Washington state cases on whether information contained in the deposition transcripts listed below should not be disclosed

The list of deposition transcripts requested by the Schneider firm include the following:

Glyn Boone – 03/27/19 DF case – Esquire Deposition
Sean Connolly – 04/17/19 DF case – Esquire Deposition
Steven Godowski – 05/31/19 DF case – Esquire Deposition
Brad Keefe – 06/05/19 DF case – Esquire Deposition
Jeffrey Linville – 06/13/19 DF case – Esquire Deposition
Michael Tamburello – 03/28/19 DF case – Esquire Deposition
Jack Winterowd – 03/26/19 DF case – Esquire Deposition
Ross Theilen – 06/21/19 DF case – Esquire Deposition
Adrian Blocker – 06/25/19 DF case – Esquire Deposition
Frank Cereghini – 06/27/19 DF case – Esquire Deposition

Please call me with any questions

**Chris Sutton | Perkins Coie LLP**
D. +1.303.291.2312
M. +1.303.885.7234

EXHIBIT C