**From:** Roberts, Josh H (JAX - X25456) <Joshua.Roberts@hklaw.com>
**Sent:** Monday, July 15, 2019 6:36 PM
**To:** Sutton, Christopher (Perkins Coie) <CSutton@perkinscoie.com>; Leland, Thomas D (DEN - X56643) <Thomas.Leland@hklaw.com>; Renstrom, Laura B (JAX - X27222) <Laura.Renstrom@hklaw.com>; Shaffer, Maxwell N (DEN - X56647) <Maxwell.Shaffer@hklaw.com>
**Cc:** Allely, Craig M.J. (Perkins Coie) <CAllely@perkinscoie.com>; Sink, Michael A. (Perkins Coie) <MSink@perkinscoie.com>
**Subject:** RE: Request for Production of Deposition Transcripts in Dream Finders

Chris,

I apologize. Your email got buried in my inbox. We do not object to your providing copies of the transcripts specifically referenced in your below email dated July 10. I'm not sure what you mean by "including but not limited to" so I just want to be clear that this is not consent to otherwise release "Confidential Information."

**Josh Roberts | Holland & Knight**
Partner
Holland & Knight LLP
50 North Laura Street, Suite 3900 | Jacksonville, FL 32202
Phone 904.798.5456 | Fax 904.358.1872
joshua.roberts@hklaw.com | www.hklaw.com

Add to address book | View professional biography

1

**EXHIBIT D**