| | |
|---|---|
| **From:** | Sutton, Christopher (Perkins Coie) |
| **To:** | "Kirsten Weise" |
| **Cc:** | Samantha Pino; Joann Hansen; Terry, Steven L. (Perkins Coie); Ryan R. Hicks; Elizabeth A. Harris; Abigail L. Avilucea |
| **Subject:** | RE: Chi, Gilchrist v. Weyerhaeuser Company |
| **Date:** | Thursday, July 11, 2019 3:27:34 PM |

Hi Kirsten –

In regards to the above referenced matters, earlier today we received the consent of opposing counsel (i.e., Mark Nelson, Esq.) to authorize your release the deposition transcripts identified below to Mr. Ryan Hicks of Schneider Wallace Cottrell Konecky Wotkyns (the "Schneider firm") consistent with the protective orders in the *Gilchrist* and *Chi* cases:

Glyn Boone – 01/24/19 Chi case
Frank Cereghini – 01/22/19 Chi case
Brad Keefe – 05/03/19 Gilchrist case
Jeffrey Linville – 01/23/19 Chi case
Kelly Thomas – 04/30/19 Chi case
Jack Winterowd – 5/23/19 Gilchrist case

I am copying Mr. Hicks and representatives of the Schneider firm on this email to authorize their direct contact to you to arrange for copies of the deposition transcripts to be provided to them at your earliest convenience. Please keep us apprised which of the listed depositions transcripts have been provided to them.

Thank you for your cooperation. Please call with any questions.

**Chris Sutton | Perkins Coie LLP**
1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
D. +1.303.291.2312
F. +1.303.291.2412
M. +1.303.885.7234
E. CSutton@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.



EXHIBIT F