IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:18-cv-01641 –CMA-DDD

DOUG BARRY,
MICHAEL KIERNAN,
PAUL MOLER,
NICHOLAS SOOTER,
LINDA SPUEHLER, and
DENNIS MAUSER

    Plaintiffs,

v.

WEYERHAEUSER COMPANY,
a Washington Corporation

    Defendant.

## DECLARATION OF MARK W. NELSON

I, Mark W. Nelson, declare that the following is true and correct:

    1.    I am the Managing Member of The Nelson Law Firm, LLC. My firm represents plaintiffs in the following matters filed in the United States District Court of Colorado: *Chi, et al. v. Weyerhaeuser Company*, No. 17-cv-02230; *Gilchrist, et al. v. Weyerhaeuser Company*, No. 17-cv-02227; *Borgmann et al v. Weyerhaeuser Company*, No. 1:17-cv-02224; and *Sparrow, et al v. Weyerhaeuser Company*, No. 1:17-cv-02225.

    2.    I have personal knowledge of the facts described in this declaration, and if called upon to do so, I could and would testify to the matters stated herein.

    3.    On July 10, 2019 at 11:20 p.m., I received an email from Chris Sutton, a Perkins Coie attorney representing Weyerhaeuser Company, who requested that I provide my written consent to release certain depositions transcripts from depositions taken in the *Chi* and *Gilchrist* cases.

PLAINTIFF'S EXHIBIT 2

4. Other than receiving a request in April 2019 to release portions of my clients' deposition transcripts in the *Gilchrist* matter, Perkins Coie had not previously sought my consent to release any deposition transcripts prior to Mr. Sutton's late-night email on July 10, 2019.

5. Mr. Sutton sought my consent to the release of eight deposition transcripts of the following individuals: Glyn Boone, Frank Cereghini, Brad Keefe, Jeffrey Linville, Kelly Thomas, Michael Earley, Edward Hepworth, and Paul Nony.

6. On July 11, 2019 at 6:05 a.m. I responded to Mr. Sutton by providing my unequivocal consent to release the transcripts identified in paragraph 5 above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2019

*/s/ Mark W. Nelson*
_____
Mark W. Nelson