IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action: 18-cv-01641-DDD-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: August 30, 2019 | Courtroom Deputy: Emily Buchanan |

*Parties:*                                                          *Counsel:*

DOUG BARRY,                                                   Ryan Hicks
MICHAEL KIERNAN,
PAUL MOLER,
NICHOLAS SOOTER,
LINDA SPUEHLER, and
DENNIS MAUSER,

     Plaintiffs,

 v.

WEYERHAEUSER COMPANY,                          Christopher Sutton

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC DISCOVERY HEARING**
**Court in Session:   11:05 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court regarding whether or not document production should be opened up going back a year earlier than what the Court previously ruled.

For the reasons set forth on the record, it is

**ORDERED:**  Defendant shall provide the Court with cost considerations by narrowing custodians.  Counsel shall confer regarding search terms and custodians.

**ORDERED:**  A Further Discovery Hearing is set for **September 17, 2019 at 9:30 a.m.**  The Court will issue a ruling and no further argument is needed.  Counsel may appear telephonically.  On or before **September 12, 2019**, counsel shall submit the estimate of cost produced as a supplement to the joint discovery statement.

HEARING CONCLUDED.
**Court in recess:**   **11:26 a.m.**
Time In Court:   00:21

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Court Reporting & Video, Inc. at (303)629-8534.